# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 20-2169
_____

Edward Jones

Plaintiff - Appellant

v.

William Aaron Traylor, Traylor farm; Clarence Jones; Jesse B. Daggett, PLLC; Michael Traylor; Wayne Traylor

Defendants - Appellees

_____

Appeal from U.S. District Court for the Eastern District of Arkansas - Delta
(2:20-cv-00116-JM)
_____

**JUDGMENT**

Before LOKEN, GRUENDER, and GRASZ, Circuit Judges.

    This court has reviewed the original file of the United States District Court. It is ordered by the court that the judgment of the district court is summarily affirmed. See Eighth Circuit Rule 47A(a).

September 21, 2020

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
    /s/ Michael E. Gans

# United States Court of Appeals
*For The Eighth Circuit*

Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
**www.ca8.uscourts.gov**

September 21, 2020

Mr. Edward Jones
2111 W. 11th Street
Little Rock, AR  72202

      RE:  20-2169  Edward Jones v. William Traylor, et al

Dear Mr. Jones:

      Enclosed is a copy of the dispositive order in the referenced appeal. Please note that FRAP 40 of the Federal Rules of Appellate Procedure requires any petition for rehearing to be filed within 14 days after entry of judgment. Counsel-filed petitions must be filed electronically in CM/ECF. Paper copies are not required. This court strictly enforces the 14 day period. **No grace period for mailing is granted** for pro-se-filed petitions. A petition for rehearing or a motion for an extension of time must be filed with the Clerk's office within the 14 day period.

      Michael E. Gans
      Clerk of Court

MDS

Enclosure(s)

cc:    Mr. Jim McCormack

      District Court/Agency Case Number(s):  2:20-cv-00116-JM

# Abigail Temple

| | |
|---|---|
| **From:** | ca08ml_cmecf_Notify@ca8.uscourts.gov |
| **Sent:** | Monday, September 21, 2020 2:10 PM |
| **Subject:** | 20-2169 Edward Jones v. William Traylor, et al "judgment filed sua sponte affirmed 47A" (2:20-cv-00116-JM) |

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

**Eighth Circuit Court of Appeals**

**Notice of Docket Activity**

The following transaction was filed on 09/21/2020

| | |
|---|---|
| **Case Name:** | Edward Jones v. William Traylor, et al |
| **Case Number:** | 20-2169 |
| **Document(s):** | Document(s) |

**Docket Text:**
JUDGMENT FILED - This case is summarily affirmed in accordance with Eighth Circuit Rule 47A. JAMES B. LOKEN, RAYMOND W. GRUENDER and L. STEVEN GRASZ Adp Sep 2020 [4957865] [20-2169] (Michael Shay)

**Notice will be electronically mailed to:**

Mr. Jim McCormack, Clerk of Court: ared_appeals@ared.uscourts.gov

**Notice will be mailed to:**

Mr. Edward Jones
2111 W. 11th Street
Little Rock, AR 72202

The following document(s) are associated with this transaction:
**Document Description:** Cover Letter
**Original Filename:** /opt/ACECF/live/forms/MichaelShay_202169_4957865_GeneralCoverLetters_122.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=09/21/2020] [FileNumber=4957865-0]
[80e12838382d0a75b03d024543b50e310617c4f6b1b1a502346bef15724c448d74b629b26aa7ced9b83c2f5119806b13f7
2e1950c8c6b5140b7627230316ec2f]]
**Recipients:**

- Mr. Edward Jones

- Mr. Jim McCormack, Clerk of Court

**Document Description:** Judgment: Judge Directed
**Original Filename:** /opt/ACECF/live/forms/MichaelShay_202169_4957865_JudgmentsJudgeDirected_127.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=09/21/2020] [FileNumber=4957865-1]
[41d6ea1a01851ec97206955ae936af8c13c87b28b3014c00e109481d0520febbce1da5f034644c55cccfb70c723f5fb58088
6fbc31af3451f7f4cd6c73a8befb]]
**Recipients:**

- Mr. Edward Jones
- Mr. Jim McCormack, Clerk of Court

The following information is for the use of court personnel:


**DOCKET ENTRY ID:** 4957865
**RELIEF(S) DOCKETED:**
  affirmed 47A
**DOCKET PART(S) ADDED:** 6616329, 6616330, 6616331